# Third District Court of Appeal

## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1468
Lower Tribunal No. 19-16354
_____

**Greg Mirmelli**,
Appellant,

vs.

**Sunset Harbour Yacht Club, Inc.**,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Alexander Appellate Law, P.A., and Samuel Alexander (DeLand), for appellant.

Horr, Novak & Skipp, P.A., and William R. Boeringer, for appellee.

Before FERNANDEZ, C.J., and SCALES, and GORDO, JJ.

PER CURIAM.

Affirmed.